1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

EDUARDO MENDOZA,                              No. C 11-5803 MEJ

                Plaintiff,           **ORDER VACATING CMC**

   v.

CAFÉ COCOMO, et al.,

             Defendants.

_____/

     This matter is currently scheduled for a case management conference on March 15, 2012.
However, as no statement has been filed, the c.m.c. is VACATED.  The parties shall file a status
report by March 22, 2012.

     **IT IS SO ORDERED.**

Dated: March 12, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge