1

2

3

4                          UNITED STATES  DISTRICT COURT

5                          Northern District of California

6

7    EDUARDO MENDOZA,                              No. C 11-5803 MEJ

8                     Plaintiff,                   **ORDER VACATING CMC**

9         v.

     CAFÉ COCOMO, et al.,
10
                     Defendants.
11   _____/

12

13        This matter is currently scheduled for a case management conference on March 15, 2012.

14   However, as no statement has been filed, the c.m.c. is VACATED.  The parties shall file a status

15   report by March 22, 2012.

16        **IT IS SO ORDERED.**

17

18   Dated: March 12, 2012

19                                                 _____
                                                   Maria-Elena James
20                                                 Chief United States Magistrate Judge

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**