UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| EDUARDO MENDOZA,<br><br>               Plaintiff,<br>   v.<br>CAFÉ COCOMO, et al.,<br><br>               Defendants.<br>_____/ | No. C 11-5803 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On March 12, 2012, the Court vacated the case management conference in this case and ordered the parties to file a status report by March 22, 2012. Dkt. No. 3. As no report has been filed, the Court hereby ORDERS Plaintiff Eduardo Mendoza to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 3, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on May 17, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive pleading, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge